1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SONIA A. STRICKLIN,

               Plaintiff,

     v.

JO ANNE B. BARNHART, Commissioner of Social Security

               Defendant.

Case No.  C07-5038KLS

ORDER TO SHOW CAUSE

       This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

       By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because she allegedly is unable to afford the costs necessary to proceed with her cause of action.  Although plaintiff has submitted the proper *in forma pauperis* application form, and signed and dated it, she did not provide any answers to the questions contained therein.  As such, plaintiff's application is deficient, and the Court is unable at this time to make a determination as to whether she is entitled to *in forma pauperis* status.

       Accordingly, the Court hereby finds and ORDERS as follows:

ORDER
Page - 1

1     (1)     Plaintiff shall seek to cure this by filing **no later than March 14, 2007**, a signed and dated
2                 *in forma pauperis* application form with all of the questions answered.
3                 **Failure to cure this deficiency by the above date shall be deemed a failure to properly**
4                 **prosecute this matter and the Court will recommend dismissal of this matter.**
5     (2)     The clerk is directed to send a copies of this Order to counsel for plaintiff.
6     DATED this 14th day of February, 2007.

_/s/ Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2