# United States District Court

WESTERN DISTRICT OF WASHINGTON

SONIA A. STRICKLIN

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5038FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The ALJ erred in his decision as described in the report.

3. The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

March 27, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk